IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MARK EDWARD LILEY                              PLAINTIFF

v.                       Civil No. 06-3058

SGT. M. LOTT, LT. BETH REELY,
and FOUR UNKNOWN JAILERS,
all of the Carroll County Detention Center,           DEFENDANTS
Berryville, Arkansas

## ORDER

Plaintiff has submitted for filing in this district a civil rights complaint pursuant to 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is hereby directed to file the complaint.

Plaintiff's in forma pauperis application has been returned without filing for completion of page two and certification regarding any inmate funds being held in his name. Plaintiff is given up to and including October 18, 2006, in which to complete page two by answering questions 4, 5, and 6, sign and date the application, have the appropriate officer complete the certification, and return the application to this court for review and filing. **Should plaintiff fail to return the application within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order.**

IT IS SO ORDERED this 18th day of September 2006.

                                               /s/ Beverly Stites Jones
                                               HON. BEVERLY STITES JONES
                                               UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
SEP 21 2006
CHRIS R. JOHNSON, CLERK
BY
       DEPUTY CLERK

AO 72A
(Rev.8/82)