IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MARK EDWARD LILEY                                                                                    PLAINTIFF

v.                                         Civil No.  06-3058

SGT. M. LOTT and FOUR UNKNOWN
JAILERS, all of the Carroll County
Detention Center, Berryville, Arkansas                                                         DEFENDANTS

## **O R D E R**

      This matter comes before the court for a determination regarding plaintiff's in forma pauperis application and service on defendants.  Plaintiff is no longer incarcerated.  Having reviewed the application, we find it should be granted.  While plaintiff has enough monies to cover the filing fee, he will be unable to financially pursue this matter.  Plaintiff will be allowed to proceed as a pauper.  The matter of service will be determined at a later date.

      IT IS SO ORDERED this 28th day of September 2006.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE