IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MARK EDWARD LILEY                                             PLAINTIFF

v.                            Civil No. 06-3058

SGT. M. LOTT, LT. BETH REELY,
and FOUR UNKNOWN JAILERS                            DEFENDANTS

## **O R D E R**

Plaintiff's complaint was filed in this case on September 21, 2006. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

Accordingly, it is ordered that plaintiff, Mark Edward Liley, complete and sign the attached addendum to his complaint, and return the same to the court **by December 4, 2006. Plaintiff is advised that should he fail to return the completed and executed addendum by December 4, 2006, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 3rd day of November 2006.

                                                       /s/ Beverly Stites Jones
                                                       HON. BEVERLY STITES JONES
                                                       UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MARK EDWARD LILEY                                                        PLAINTIFF

v.                              Civil No. 06-3058

SGT. M. LOTT, LT. BETH REELY,
and FOUR UNKNOWN JAILERS                                                 DEFENDANTS

**ADDENDUM TO COMPLAINT**

TO: MARK EDWARD LILEY

This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and send it back to the court **by December 4, 2006** Failure to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

**RESPONSE**

In your complaint, you allege your rights were violated while you were incarcerated at the Carroll County Jail. Specifically, you allege that Sergeant M. Lott placed you in a cell alone, sprayed you with pepper spray and beat you up. You also contend that you were placed in the "rubber room" for two days without running water. Further, you state that you were forced to swallow a screw.

1. You state that you were placed in a cell alone. Please explain why.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

      2. Were you being disruptive to the other inmates at any time prior to your placement in a cell alone?

_____

_____

_____

_____

      3. You indicate Sergeant M. Lott used pepper spray and physical force against you. Please indicate: (a) the date this allegedly occurred; (b) what was occurring when he used force against you; (c) the amount of force he used; (d) whether you were resisting him in anyway; (e) whether you were charged with a crime or disciplinary violation as a result of your actions; (f) any injuries you sustained; and, (g) whether medical treatment was necessary.

      Answer:

_____

_____

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    4. Did you file a grievance or medical complaint following this incident?

YES _____  NO _____

If you answered yes, please state the date and the contents of the grievance/complaint.

_____

_____

_____

    5. You contend that you were placed in the "rubber room" for two days without running water. Please state the date and reason you were placed in the "rubber room."

_____

_____

_____

_____

_____

_____

      6. Did you receive any food or water while in the rubber room?

      YES _____ NO _____

      If you answered yes, please state what you were given.

_____

_____

_____

_____

      7. You contend that you were forced to swallow a screw. Please indicate (a) the date this incident allegedly took place; (b) what was going on at the time you swallowed the screw; (c) why you were forced to swallow the screw; and, (d) who was responsible for making you swallow the screw.

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

    8. With respect to each of the following individuals, state how you believe they violated your federal constitutional rights.

    Lieutenant Beth Reely:

_____

_____

_____

_____

_____

_____

_____

_____

    Sergeant M. Lott:

_____

_____

**AO72A**
**(Rev. 8/82)**

_____

_____

_____

_____

_____

_____

_____

9. You have listed a number of "unknown" jailers in your complaint. In order for the court to determine whether service is proper on these defendants, we will need to know the names of these individuals. Please provide as much information as is possible about each person and how you believe each violated your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

10. Are you currently taking any prescription medication?

YES _____ NO _____

If you answered yes, please indicate the medication, the reason you are taking the medication, and the prescribing doctor.

_____

_____

_____

_____

_____

_____

11. Do you contend that you are being denied any of your prescription medications?

YES _____    NO _____

If you answered yes, please state the medication being denied, the person(s) allegedly denying it, and the reason given for the denial.

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
MARK EDWARD LILEY

_____
DATE

AO72A
(Rev. 8/82)